# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF PENNSYLVANIA

#### 10613 UNITED STATES COURTHOUSE

#### 601 MARKET STREET

#### PHILADELPHIA, PENNSYLVANIA 19106-1705

STEWART DALZELL
JUDGE

(215) 597-9773
FAX (215) 580-2156

August 12, 2004

Honorable Mary M. Lisi
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

  Re:  Calendar Year 2003 Filing

Dear Judge Lisi:

  In response to your letter of August 4, it certainly did not leap off the page to me how to make the disclosure of what was tantamount to a money fund (Vanguard PA Tax Free Bond Fund) that was, over the course of my judgeship, gradually liquidated to zero. That is to say, there was no "sale" in the sense of liquidating sales on NASDAQ or the New York Stock Exchange. In any event, that account is, regrettably, now a distant memory.

  I trust that this response will suffice to close out your Commission's examination of my 2003 report.

       Very truly yours,

       Stewart Dalzell

SD:jt

| AO-10 Rev. 1/2002 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial) Dalzell, Stewart | 2. Court or Organization U.S. District Court | 3. Date of Report 5/3/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 10613 U.S.Courthouse 601 Market Street Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Teacher | ▮▮▮▮▮▮▮▮▮▮ |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

FINANCIAL DISCLOSURE OFFICE 2004 JUN -1 A 11: 29 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dalzell, Stewart | 5/3/2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE   - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Posel Partnership | Value of Free Movie Pass | $300 |
| 2. | Drinker Biddle & Reath | Tax Return Preparation | $500 |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person  eporting | Date of Report |
|---|---|
| Dalzell, Stewart | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Cape Cod Five Cents Savings | A | Interest | J | T | | | | | |
| 2.  Bear, Stearns Cash Account | A | Interest | J | T | | | | | |
| 3.  Mellon Bank | A | Interest | J | T | | | | | |
| 4.  PNC Bank | A | Interest | J | T | | | | | |
| 5.  RMA Tax Free Fund | A | Dividend | J | T | | | | | |
| 6.  BRE Properties, Inc. | C | Dividend | L | T | | | | | |
| 7.  Vanguard PA Tax Free Money Fund | B | Dividend | K | T | | | | | |
| 8.  Household International | A | Dividend | | | sell | 1/22 | J | A | sale on NYSE |
| 9.  Village Super Market | A | None | J | T | | | | | |
| 10.  Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 11.  U.S. Treasury strips | D | Interest | M | T | mature | 2/18 | K | D | partial maturity |
| 12.  Pepsico | A | Dividend | K | T | | | | | |
| 13.  American International Group | A | Dividend | J | T | | | | | |
| 14.  MBNA Corp. | A | Dividend | K | T | | | | | |
| 15.  FNMA Bonds | B | Interest | K | T | | | | | |
| 16.  J.P. Morgan Bonds | B | Interest | K | T | | | | | |
| 17.  Bank One Corp. Bonds | B | Interest | K | T | | | | | |
| 18.  Household Capital Trust | A | Dividend | | | buy | 1/8 | J | | buy on NYSE |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | Household Capital Trust | A | Dividend | | | sell | 8/15 | J | A | sell on NYSE |
| 20. | Citigroup | B | Dividend | K | T | | | | | |
| 21. | Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 22. | General Electric | A | Dividend | K | T | buy | 3/25 | J | | buy add'l shares on NYSE |
| 23. | GTE South, Inc. Bonds | B | Interest | K | T | | | | | |
| 24. | Sara Lee Corp. Bonds | B | Interest | K | T | | | | | |
| 25. | Wachovia Corp. Bonds | A | Interest | | | matured | 4/15 | K | A | matured |
| 26. | Exxon Mobil | A | Dividend | K | T | buy | 4/11 | J | | buy add'l shares on NYSE |
| 27. | Amerisource Bergen | A | Dividend | | | buy | 3/25 | J | | buy add'l shares on NYSE |
| 28. | Amerisource Bergen | A | Dividend | | | sell | 9/14 | K | A | sell on NYSE |
| 29. | SEI Daily Income Trust | D | Dividend | M | T | | | | | |
| 30. | Federal Home Loan Mortgage | A | Dividend | | | sell | 9/9 | K | A | sale on NYSE |
| 31. | Lowes | A | Dividend | J | T | | | | | |
| 32. | Chevron Texaco | A | Dividend | K | T | | | | | |
| 33. | Johnson & Johnson | A | Dividend | K | T | sale | 6/6 | J | C | partial sale on NYSE |
| 34. | Goldman Sachs Group Notes | C | Interest | L | T | | | | | |
| 35. | Fortune Brands | A | Dividend | K | T | buy | 4/24 | K | | buy on NYSE |
| 36. | General Dynamics | A | Dividend | K | T | buy | 4/24 | K | | buy on NYSE |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

Name of Person Reporting
Dalzell, Stewart

5/3/2004

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Merck & Co. | A | Dividend | J | T | buy | 4/24 | J | | buy on NYSE |
| 38. Vodaphone Airtouch | A | Dividend | J | T | | | | | |
| 39. Intel | A | Dividend | J | T | | | | | |
| 40. Automatic Data Processing | A | Dividend | | | sell | 3/18 | J | A | sell on NYSE |
| 41. Wells Fargo | A | Dividend | J | T | buy | 4/24 | J | | buy on NYSE |
| 42. Medco Health Solutions | | None | | | spin-off | 8/21 | J | | spin-off from Merck |
| 43. Medco Health Solutions | | None | | | sale | 10/15 | J | | sale at mkt |
| 44. J.P. Morgan Chase | A | Dividend | J | T | | | | | |
| 45. Dominion Resources | A | Dividend | J | T | | | | | |
| 46. USEC | B | Dividend | J | T | | | | | |
| 47. Safeguard Scientific Bonds | A | Interest | | | sell | 10/20 | K | D | sale on U.S. Exchange |
| 48. Xerox Credit Notes | B | Interest | K | T | sell | 2/10 | K | A | partial sale on U.S. Exchange |
| 49. Sherritt International Corp. | | None | K | T | | | | | |
| 50. Fleming Cos. Notes | A | Interest | | - | buy | 2/14 | K | | buy on U.S. Exchange |
| 51. Fleming Cos. Notes | A | Interest | | | sell | 8/15 | J | A | sale on U.S. Exchange |
| 52. Marsh & McLennan Cos. | A | Dividend | | | sell | 11/13 | K | A | sale on NYSE |
| 53. FNMA Bonds | B | Interest | K | T | | | | | |
| 54. General Mills | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 56. Bank of America | | None | J | T | buy | 11/25 | J | | buy on NYSE |
| 57. L-3 Communications | | None | | | sell | 2/26 | J | A | sell on NYSE |
| 58. Conoco Phillips | | None | J | T | buy | 11/25 | J | | buy on NYSE |
| 59. Int'l Business M chines | | None | J | T | buy | 11/25 | J | | buy on NYSE |
| 60. Servicemaster | A | Dividend | J | T | buy | 9/4 | J | | buy on NYSE |
| 61. PNM Resources | A | Dividend | J | T | buy | 1/16 | J | | buy on NYSE |
| 62. Utilities SPDR Trust | A | Dividend | J | T | buy | 1/8 | J | | buy on Amex |
| 63. Johnson Controls | A | Dividend | | | sold | 3/17 | J | A | sell on NYSE |
| 64. Omnicom Group | | None | | | sell | 2/26 | J | A | sell on NYSE |
| 65. Korea Electric Power Corp. | | None | K | T | buy | 10/20 | K | | buy on NYSE |
| 66. Dominion Resources | A | Dividend | K | T | | | | | |
| 67. Duke Realty Corp. | A | Dividend | J | T | | | | | |
| 68. Union P cific Corp. | A | Dividend | | - | sell | 10/31 | K | A | sell on NYSE |
| 69. Verizon Communications | A | Dividend | J | T | buy | 3/25 | J | | buy dd'l shares on NYSE |
| 70. Charter One Financial | A | Dividend | K | T | buy | 4/11 | | | buy add'l shares on NYSE |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature      Date  *May 3, 2004*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544